# PLEA/SENTENCING/DETENTION MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 25-1299 GBW | UNITED STATES vs. ESPINOSA-TLAXCALA |
|---|---|

### Before The Honorable Gregory B. Wormuth, Chief United States Magistrate Judge

| Hearing Date: | MAY 27, 2025 | Time In and Out: | 2:05-2:10 P.M./3:12-3:21 P.M. (2 MIN) | | |
|---|---|---|---|---|---|
| Clerk: | KRISTIN SOLIS | Digital Recording: | LCR-ORGAN | | |
| Defendant: | MARIA DEL ROSARIO ESPINOSA-TLAXCALA | Defense Counsel: | CHAZ ROTENBERG FOR DAVID BENATAR | | |
| AUSA: | DEVON ARAGON MARTINEZ | Interpreter: | MARCELA RENNA/ ENITH VALDES ORTIZ | ☐ | Sworn |
| | | | | ☐ | Waived |

| | |
|---|---|
| ☒ Defendant Sworn | ☐ First Appearance |

| | |
|---|---|
| ☐ | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. |
| ☒ | Deft acknowledges receipt of: **Information** |
| ☐ | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |

| | | |
|---|---|---|
| ☐ | Terms and conditions of proposed plea agreement explained. | ☐ Defendant indicates understanding of its terms. |

| | |
|---|---|
| ☒ | Factual predicate to sustain the plea provided. |
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.  Deft advised of charge(s), penalties and possible consequences of the plea. |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |
| ☒ | Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). |
| ☒ | Deft pleads GUILTY to:  **COUNT 1 OF THE INFORMATION** |
| ☒ | Allocution by Deft on elements of charge(s). |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |
| ☒ | Deft adjudged guilty. |
| ☐ | Acceptance of plea agreement deferred until final disposition hearing by district judge. |
| ☒ | Sentence Imposed: **TIME SERVED (as to count 1)** |

| | | |
|---|---|---|
| ☒ Defendant in custody | ☒ | Conditions changed to: **O/R BOND** |

Other Matters: **DEFENSE COUNSEL MOVES COURT TO RE-OPEN DETENTION HEARING AND PROFFERS IN SUPPORT OF RELEASE; GOVERNMENT OPPOSES RELEASE AND REQUESTS DEFENDANT BE DETAINED AS A FLIGHT RISK.**
<u>**COURT RULING**</u> **– COURT GRANTS MOTION TO RE-OPEN; COURT STATES THAT THE REMAINING CHARGES ARE FATALLY FLAWED.**
**COURT STATES, GIVEN THE WEAKNESS OF THE CASE, THE DEFENDAND SHOULD NOT BE DETAINED ANY FURTHER.  COURT ORDERS DEFENDANT'S RELEASE ON OWN RECOGNIZANCE; ORDER WILL BE EFFECTIVE TOMORROW, 5/28/2025, AT 12:00 NOON.**
**GOVERNMENT CAN SEEK, BUT MUST RECEIVE A STAY FROM A DISTRICT JUDGE IF THEY WISH TO APPEAL.**